

**EPSTEIN
BECKER
GREEN**

Attorneys at Law

Kenneth W. DiGia
t 212 351 4610
f 212.878.8600
kdigia@ebglaw.com

September 25, 2013



**VIA TELECOPIER**

Honorable Gabriel W. Gorenstein
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

            Re:   Romero v. La Revise Associates, et al.
                  Civil Action No.: 12-CV-8324 (JMF)(GWG)

Dear Judge Gorenstein:

          This Firm represents Defendants in the referenced matter. We write on behalf of both
parties to jointly inform the Court that they have agreed to engage in private mediation in an attempt to
resolve this matter for those tipped employees who did not sign arbitration agreements from November
15, 2006 forward. Plaintiff will bear one-third of the cost of the mediation; Defendants two-thirds. In
an effort to facilitate such discussions, and make the process as productive as possible, the parties
anticipate exchanging information in advance of the mediation. Given that the group in question
encompasses a few hundred individuals, it will take time to both collect the relevant information and for
the parties to do their respective analyses of it. Based on this, and the schedules of private mediators,
the parties expect mediation will occur in December of this year.

          Thus, the parties have agreed, subject to the Court's approval, to hold all further
proceedings in this matter in abeyance (e.g., production of contact information for the conditional
collective action members, distribution of the opt-in notice and consent forms, depositions and other
discovery, etc.), pending resolution of the mediation process. Defendants have agreed to toll the statute
of limitations for any individual who ultimately opts in to this case under the federal Fair Labor
Standards Act from 12:01 a.m. on September 24, 2013 through midnight on the fifth business day after
one side informs the other in writing or by e-mail that the mediation process has not resolved this
matter. *Provide a status report by December 31, 2013*

Epstein Becker & Green, P.C. | 250 Park Avenue | New York, NY 10177 | t 212.351.4500 | f 212.878.8600 | ebglaw.com

FIRM:23855012v2

Honorable Gabriel W. Gorenstein
September 25, 2013
Page 2


Thank you for your attention.

Respectfully submitted,

Kenneth W. DiGia

KWD:kpa
cc:    C. K. Lee, Esq.
       Attorney for Plaintiffs
       (Via E-mail)


**So Ordered**

Honorable Gabriel W. Gorenstein
United States Magistrate Judge
September 2͞5, 2013